# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130076(63)

DAVID W. McGUIRE, Individually and as
Next Friend of Ty N. McGuire,
         Plaintiff-Appellee,

v

DEANNA LYNN SANDERS,
         Defendant/Counter-Defendant,
and

GARTER BELT, INC., d/b/a LEGGS LOUNGE,
         Defendant/Counter-Plaintiff,
and

HAMILTON'S HENRY VIII LOUNGE, INC.,
d/b/a HAMILTON PLACEMENT,
         Defendant-Appellant.

SC: 130076
COA: 251950
Wayne CC: 02-209709

_____/

On order of the Court, the motion for reconsideration of this Court's order of March 29, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

KELLY, J., would grant reconsideration and, on reconsideration, would deny leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

d0619

Clerk